HAGER ET AL., APPELLANTS, *v.* WASTE TECHNOLOGIES
INDUSTRIES ET AL., APPELLEES.

[Cite as *Hager v. Waste Technologies Industries,*
100 Ohio St.3d 1206, 2003-Ohio-5520.]

(No. 2002–1415—Submitted September 23, 2003—Decided October 29, 2003.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Tarasi, Tarasi & Fishman, P.C., and Louis M. Tarasi Jr.; Lancione & Lloyd Law Office Co., L.P.A., and Richard L. Lancione, for appellants.

Bricker & Eckler, L.L.P., Charles H. Waterman III and James J. Hughes III, for appellees.